UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Manninom<br><br>PLAINTIFF(S)<br>v.<br>Mattel Inc., et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br>2:26-cv-08711-SB-RAOx<br><br>**ORDER RE TRANSFER (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

September 15, 2026 — Date

Michael W. Fitzgerald — United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

______________________________

______________________________

______________________________

______________________________

Date ______________ United States District Judge ______________

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case 2:26-cv-07231-MWF-ASx and the present case:

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge Rozella A. Oliver to Magistrate Judge Alka Sagar .

On all documents subsequently filed in this case, please substitute the initials MWF-ASx after the case number in place of the initials of the prior judge, so that the case number will read 2:26-cv-08711-MWF-ASx . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge* ☐ *Statistics Clerk*